BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:<br><br>ITT TECHNICAL INSTITUTE<br>WARN ACT LITIGATION | MDL No. 2747 |

PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel for Multidistrict Litigation, the undersigned hereby certifies that on September 9, 2016 the **Notice of Appearance of Benjamin F. Johns on behalf of Plaintiff Christin M. Long** was electronically filed with the Court for the JPML using the CM/ECF system. Copies are being sent via U.S. Mail to those parties listed below.

**VIA U.S. MAIL**

ITT Educational Services, Inc.
13000 North Meridian Street
Carmel, Indiana 46032-1404

| | |
|---|---|
| Irwin B. Levin<br>Lynn A. Toops<br>COHEN & MALAD LLP<br>One Indiana Square<br>Suite 1400<br>Indianapolis, IN 46204<br>Email: ilevin@cohenandmalad.com<br>Email: ltoops@cohenandmalad.com<br><br>*Co-Counsel for Plaintiff Christin M. Long*<br>*Case No. 1:16-cv-02399-WTL-DKL (S.D. Ind.)* | Sally Elaine Veghte<br>KLEHR, HARRISON, HARVEY,<br>BRANZBURG<br> & ELLERS<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>Email: sveghte@klehr.com<br><br>*Counsel for Plaintiffs Dennis Artis,*<br>*Donna A. Lindsay and Patricia Marshall*<br>*Case No. 1:16-cv-00790-UNA (D. Del.)* |

H0057574.

Brandon Michael Wise
PIEFFER ROSCA WOLF ABDULLAH
  CARR & KANE APLC
818 Lafayette Avenue, Fl. 2
St Louis, MO 63104
Email: Brandon.wise@thewisefirm.com

*Counsel for Plaintiff Ruby Blackwell*
*Case No. 3:16-cv-03249-SEM-TSH (C.D. Ill.)*

Christopher D. Loizides
LOIZIDES & ASSOCIATES
Legal Arts Building
1225 King Street, Suite 800
Wilmington, DE 19801
Email: loizides@loizides.com

*Counsel for Plaintiffs Allen Federman*
*and Steve Ryan*
*Case No. 1:16-cv-00780-UNA (D. Del.)*

Dated:  September 12, 2016

Benjamin F. Johns (PA Bar ID No. 201373)
Andrew W. Ferich (PA Bar ID No. 313696)
Jessica L. Titler (PA Bar ID No. 320618)
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
E-mail: BFJ@chimicles.com
          AWF@chimicles.com
          JT@chimicles.com

***Counsel for Plaintiff and the Putative Class***